

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HALEY HARRIS,

    Plaintiff,

vs.                                                   CASE NO. 4:20-CV-176

SAM'S EAST, INC.,

    Defendant.

## VERDICT

### 1. Title VII Retaliation Claim Based on Complaints of Sexually Hostile Work Environment

    A. Has Ms. Harris proven by a preponderance of the evidence that she reasonably believed that she was subjected to sexual harassment that was so severe or pervasive that it materially altered the terms and conditions of her employment?

        Answer Yes or No     _yes_

*If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

    B. Has Ms. Harris proven by a preponderance of the evidence that she complained that she had been subjected to sexual harassment to a person associated with Defendant who she reasonably believed had the authority to investigate her complaints?

        Answer Yes or No     _yes_

*If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

    C. Has Ms. Harris proven by a preponderance of the evidence that Defendant terminated her employment because she complained about sexual harassment?

        Answer Yes or No      yes

*If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

    D. Has Ms. Harris proven by a preponderance of the evidence that she suffered damages because Defendant terminated her employment in retaliation for her complaints of sexual harassment?

        Answer Yes or No      yes

*If your answer is "Yes," go to Section 2. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

2. Damages

    A. Has Ms. Harris proven by a preponderance of the evidence that she should be awarded damages to compensate her for her net lost wages and benefits?

        Answer Yes or No      yes

        If your answer is "Yes,"
        in what amount?    $ 1711.11

*Go to the next question.*

2

B. Has Ms. Harris proven by a preponderance of the evidence that she should be awarded damages to compensate for her emotional pain and mental anguish?

        Answer Yes or No     yes

        If your answer is "Yes,"
in what amount?     $ 260,000.00

*You have completed your deliberations.
The foreperson should sign and date this form.*

SO SAY WE ALL.

███████████████████████        10 / 6 / 2022
Foreperson's Signature         Date

3