IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HALEY HARRIS, | * |
| Plaintiff, | * |
| v. | Case No.  4:20-cv-176 (CDL) |
| | * |
| SAM'S EAST, INC., | |
| | * |
| Defendant. | |
| | * |

## **AMENDED JUDGMENTT**

Pursuant to the jury verdict dated October 6, 2022 and this Court's Order dated May 23, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $1,711.11 in net lost wages and benefits and $250,000.00 for emotional pain and mental anguish, for a total amount of $251,711.11.

Pursuant to this Court's Order dated February 22, 2023, and for the reasons stated therein, Plaintiff is awarded $302,593 in attorneys' fees and $11,081.92 in expenses.

These amounts shall accrue interest from the date of entry of judgment at the rate of 4.97% per annum until paid in full.

This 22nd day of February, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk